**ORDERED ACCORDINGLY.**
| | |
|---|---|
| 1  ILENE J. LASHINSKY (#003073)<br>   United States Trustee<br>2  District of Arizona | **Dated: April 15, 2011** |
| 3  RICHARD J. CUELLAR (WI #100631)<br>   Trial Attorney | |
| 4  230 North First Avenue, #204<br>   Phoenix, Arizona 85003-1706 | **GEORGE B. NIELSEN, JR**<br>**U.S. Bankruptcy Judge** |

(Contact info: (602) 682-2600 phone, (602) 514-7270 fax, E-mail: Ric.J.Cuellar@usdoj.gov)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 7 |
| TERRY L. HARRISON Jr. and,<br>LETICIA Y. HARRISON, | No. 2-08-bk-13510-GBN |
|         Debtors. | **Adv. No. 2-10-ap-00226-GBN** |
| UNITED STATES TRUSTEE, | |
|         Plaintiff, | |
| v. | JUDGMENT |
| TERRY L. HARRISON Jr. and,<br>LETICIA Y. HARRISON, | |
|         Defendants. | |

An evidentiary hearing was held in this matter and on March 3, 2011, the Court entered it's findings of fact and conclusions of law into the record in open court. Based thereon,

It is now, therefore:

**ORDERED** that a Judgement is entered in favor of Plaintiff, United States Trustee and against defendants Terry L. Harrison, Jr. and Leticia Y. Harrison.

**IT IS FURTHER ORDERED** that an Order Revoking Discharge be lodged for entry in the administrative case captioned above.

BY THE COURT


Signed and dated above.